*J. Francis Lynch, Gertrude D. H. Perlman* and *Julius B. Sucher* for appellant.

*Edwin A. Falk* and *George Etkin* for BX Corporation, respondent.

*Robert F. Little* for Edna M. Williamson, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.

SAMUEL AXELROD et al., Respondents, *v.* 11 WEST 42ND STREET, INC., Appellant.

Argued June 2, 1949; decided July 19, 1949.

*Orrin G. Judd, Saul A. Shames, Sidney B. Moskovitz* and *Abraham J. Halprin* for appellant.

*Edward Lazansky, Benjamin Jaffe* and *Horace F. Callaghan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.